JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KELSEY DRU GLEGHORN, | ) | No. CV 20-10202-CJC (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CALIFORNIA MENS COLONY EAST, | ) | |
| Defendant. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the First Amended Complaint in this matter is dismissed without further leave to amend and without prejudice for lack of subject matter jurisdiction.

DATED: February 19, 2021

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE